

**VIA ECF**
Hon. Judge Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

68-29 Main Street,
Flushing, New York 11367
Tel.: +1 (718) 914-9694
Email: acohen@ealg.law

The initial pretrial conference scheduled for March 25, 2025, is adjourned *sine die*. Any motion for a default judgment shall be filed no later than April 18, 2025. Plaintiff shall file a letter requesting an initial pretrial conference no later than one week following the appearance of counsel for Defendant.

Date: 3/19/25

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

March 18, 2025

Re:  Case no. 1:24-cv-8448, Sumlin v. New York Beer Co., LLC.
     Letter requesting to Postpone Initial Conference

Dear Judge Liman:

The undersigned represents Dennis Sumlin, the plaintiff in the above-referenced matter.

We are writing to respectfully request a postponement of the Initial Conference currently scheduled for March 25, 2025, at 03:00 PM in the above-referenced case.

On November 25, 2024, the defendant was duly served (Doc. 6). Notwithstanding multiple attempts to contact this entity via both telephone and email, as of today, the defendant has not made any appearance in this case. In light of this, we are preparing to move forward with a motion for default judgment.

Given the lack of the defendant's participation, we believe it would be prudent to postpone the Initial Conference until the motion for default is resolved or further developments occur. We kindly request the Court's guidance on rescheduling the conference, if necessary.

Thank you for your time and consideration of this request.

Respectfully Submitted,

Asher H. Cohen, Esq.
*Attorney for Plaintiff*