UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
                                                                    X

DENNIS SUMLIN, on behalf of himself                Case no.  1:24-cv 8448-LJL
and all others similarly situated,


                                    Plaintiffs         MOTION FOR ATTORNEY'S FEES


            v.


New York Beer Co., LLC
                                    Defendant.


                                                                    X

## EXHIBIT A - AFFIDAVIT OF ASHER COHEN

I, ASHER COHEN, being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action, and I am familiar with the file, records and pleadings in this matter.

2. I am the attorney of record for DENNIS SUMLIN in the instant matter.

3. I received my Bachelor of Arts degree from Excelsior University and received my J.D. degree from New York Law School.

4. I represent Mr. Sumlin under the same retainer agreement that I utilize with all clients I represent with claims under the Americans with Disabilities Act (the "ADA"). This retainer allows consumers such as Mr. Sumlin to bring such claims as little to no financial costs and shifts the entire financial burden onto myself and my firm. This structure is made possible by the fee-shifting nature of the ADA.

5. ADA website accessibility litigation is often seen as undesirable by many firms due to the technical complexity, the lack of guaranteed monetary recovery, and the heightened burden of proof on plaintiffs. Despite this, my firm is committed to this work due to its civil rights impact.

6. For the purposes of calculating attorney's fees in this action, I have determined the reasonable hourly rate for my services in this district is $400 per hour.

Counsel's Experience:

1. I am the Managing Partner of Equal Access Law Group, PLLC.

2. Equal Access Law Group, PLLC, is a law firm dedicated to representing the visually impaired community in website accessibility lawsuits.

3. Over the past year, I have served as lead counsel in approximately 100 cases filed in the Southern and Eastern Districts of New York under Title III of the Americans with Disabilities Act (ADA).

4. I am admitted in the following Districts/Courts:

    a. United States Southern District of New York;

    b. United States Eastern District of New York;

    c. New York State Court

5. The Statement of Damages and Motion for Attorney's Fees are an accurate representation of the hours that I expended on this case.

I swear under penalty of perjury that the foregoing is true and correct.


Dated: Flushing, NY

July 3, 2025

EQUAL ACCESS LAW GROUP PLLC
*Attorney for Plaintiff*

/*s/ Asher Cohen*
By: Asher H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: +1 (718) 914-9694
Email: acohen@ealg.law