**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------X

DENNIS SUMLIN, on behalf of himself                    Case no.  1:24-cv 8448-LJL
and all others similarly situated,


                                        Plaintiffs        STATEMENT OF DAMAGES

            v.

New York Beer Co., LLC
                                        Defendant.


------------------------------------------------------------------------------X

### EXHIBIT B – PLAINTIFF'S STATEMENT OF DAMAGES

**Compensatory Damages,** pursuant to New York State Human Rights Laws ("NYSHRL");

N.Y. Civ. Rights Law § 40-D - **$1,000.00** and **$500.00** in statutory damages under the NYSCRL.

| | |
|---|---|
| Costs Filing fees | $405.00 |
| Process server | $75.00 |
| Litigation Expenses | Initial Investigation of Claims (1/2 hour - $200) <br><br> Conference Call with Client (1/2 hour - $200) <br><br> Draft and File Summons and Complaint (2 hours - $800) <br><br> Motion for Default (2 hours - $800) <br><br> AFFIRMATION of Asher H. Cohen Esq. in Support of <br><br> Proposed Clerk's Certificate of Default (1 hour - $400) <br><br><br> $2,400.00 Total Litigation expenses |
| **Total costs and expenses:** | **$2,880.00** |

Dated: Flushing, NY

July 3, 2025

EQUAL ACCESS LAW GROUP PLLC
*Attorney for Plaintiff*

**/s/ Asher Cohen**
By: Asher H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: +1 (718) 914-9694
Email: acohen@ealg.law